**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

FEB 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNIFER L. CHRISTOPHERSON,<br><br>       Plaintiff - Appellant,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>       Defendant - Appellee. | No. 12-17219<br><br>D.C. No. 2:09-cv-01005-JAT<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, Senior District Judge, Presiding

Submitted February 6, 2015[**]
San Francisco, California

Before: TALLMAN and RAWLINSON, Circuit Judges, and DEARIE, Senior
District Judge.[***]

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***]    The Honorable Raymond J. Dearie, Senior District Judge for the U.S.
District Court for the Eastern District of New York, sitting by designation.

Appellant Jennifer J. Christopherson (Christopherson) appeals the district court's remand to the Administrative Law Judge of her social security disability benefits application for further proceedings rather than an immediate award of benefits.  Reviewing for an abuse of discretion, *see Treichler v. Comm'r of Social Security Admin.*, No. 12-35944, 2014 WL 7332774, at \*5 (9th Cir. Dec. 24, 2014), we affirm.

Because there are unanswered questions about the extent of Christopherson's impairment, and divergent opinions on Christopherson's ability to work, the district court did not abuse its discretion in remanding the case for further proceedings.  *See id.* at \*11 (articulating that a case involving unresolved factual conflicts and ambiguities should be remanded for further proceedings).

**AFFIRMED.**